

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-08-230-CV

CITY OF CELINA AND CITY OF PILOT POINT                    APPELLANTS

V.

CITY OF PILOT POINT AND                                  APPELLEES
TALLEY RANCH MANAGEMENT, LTD.
AND CITY OF CELINA AND TALLEY
RANCH MANAGEMENT, LTD.

----------

FROM THE 362ND DISTRICT COURT OF DENTON COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Cross-Appellant's Motion To Dismiss." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal of the City of Pilot Point, appellant. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f). This case shall hereafter be styled "City of Celina v. City of Pilot Point and Talley Ranch Management, Ltd."

---

[1] *See* Tex. R. App. P. 47.4.

Costs of the appeal of City of Pilot Point, appellant, versus City of Celina and Talley Ranch Management, Ltd., appellees, shall be taxed against the party incurring the same, for which let execution issue.

PER CURIAM

PANEL:  DAUPHINOT, HOLMAN, and GARDNER, JJ.

DELIVERED:  September 25, 2008

2